UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD C. LOYER, | ) Case No. SACV 18-666 PSG(JC) |
| Petitioner, | ) ~~(PROPOSED)~~ |
| v. | ) JUDGMENT |
| MARLON SPEARMAN, JR., | ) |
| Respondent. | ) |

Pursuant to this Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus filed in this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: 4/30/18

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE